UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR124-049 |
| | ) |
| SCOTTIE BRYANT | ) |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Danny L. Durham** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Danny L. Durham be granted leave of absence for the following periods: March 11, 2025 through March 14, 2025.

ORDERED, this the 19th day of February, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA